UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL E. DAVIDSON,<br><br>              Plaintiff,<br><br>    v.<br><br>DERECK LOURY et al.,<br><br>              Defendants. | Civil Action No. 09-5810 (SRC)<br><br>**ORDER** |

**CHESLER, U.S.D.J.**

This matter having been brought before this Court on the application by Plaintiff Michael E. Davidson to proceed in forma pauperis without prepayment of fees, pursuant to 28 U.S.C. § 1915; and it appearing that Plaintiff has submitted an affidavit of indigence demonstrating his eligibility; and good cause appearing,

**IT IS** on this 2nd day of February, 2010

**ORDERED** that Plaintiff's application to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915(a), is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court is hereby directed to file the Complaint in this action without prepayment of the filing fee; and it is further

**ORDERED** that the Clerk of the Court shall issue a summons, and the United States Marshal shall serve a copy of the Complaint and summons upon each defendant, pursuant to 28 U.S.C. § 1915(d), with all costs of service advanced by the United States.

                                                            s/ Stanley R. Chesler
                                                      STANLEY R. CHESLER, U.S.D.J.